# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO.  2020 KW 0231

APR 2 8 2020

---

In Re:   Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868,

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND HOLDRIDGE, JJ.**

**WRIT DENIED.** Relator does not state what relief he seeks.

**VGW**
**JMG**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT